UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-80197-CR-DAMIAN/REINHART

UNITED STATES OF AMERICA

VS.

JOSE ANDERSON AUGUSTIN

DEFENDANT
_____/

FILED BY _MC_ D.C.
JUL - 9 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## DEFENSE MOTION TO OBJECT TO GOVERNMENT MOTION TO COMPEL THE DEFENDANT'S FINGERPRINT

Now Comes, The Defendant JOSE AUGUSTIN, PRO SE ESQ, Hereby Object and Respectfully Request the Court To Deny The Government Request To Forcefully Compel The Defendants Phyical Fingerprints, which is already available to And The Government already has It.

The Government Caculation is in bad Faith and Bias and is Prejudice against The Defendant, which will deprive his rights to A Fair Trial. U.S.C.A. 6.

1. The Probative Value of The Government Request is Critically dangerous Towards The Defendant Const. Amend. U.S.A. Its An attempt to Confuse and mislead The Jury and For Bolstering.

2. Its unDuly Prejudicial and Violate The Concept of Fundamental Fairness of The United State Provision of Justice For all which will Seriously Effect the integrity of the Judicial Proceeding; (Supreme Court of FL 20 SO 3d 1093)

Com (1) OF (5)

3. Many Court "Agree'd Its especially harmful For a Police witness To Give his opinion of a witness's Credibility." (267 SO.3d 25)

4. Again, It Critically Prejudice The Defendant, The Purpose of The Defense motion To limine; Document (23) is oBJecting The Government ultilizing his Past Conviction (united States v. Elyzee 993 F.3d 1309 e 11th Cir. 2021) Not only Those It defeat the Purpose of motion (23) and the Court Date hearing of (July 10th, 20) which The Court is To Rule on The Government Demands To use Defendant Past Conviction; (SEE UNITED STATES V. CARRILLO, 981 F2d 772 (5th Cir.)

5. Haphazardly, The Government Expert witness who has nothing To Do with This 23-CR-80197 Indictment or April, 7th, 2023 arrest by Lakeworth Sheriffs, Has been Secretly Harassing and Investigating The Defendant Hereforth, This Indictment Ever Existed. (SEE Attach Exhibits incident/INVESTIGATION Report PAGES ONE AND Two (Tustin Thomas 0163) OFFICER TUSTIN THOMAS. Is Acquaint of This Indictment Arresting Agent (ANTHONY SWIGERT) and (ADAM LIN) which The Defense has Filed motion Endlessly, Authenticating, those unConstitutional misconduct of Falisfying over 100 united State Court Documents, Testimony under oath and A DNA warrant; They Even Fabricated. Having Video Footage They Reviewed And Captured Augustin with Firearm. SEE Court Record of Exhibits Pretaining To: Exhibit ADAM TON (2)

6. This 23-CR-80197 Indictment Clearly and unEquivoccally established The Motive The Police have to deceive SEE ATTACHED EXHIBITS of Constitutional Violation and Falisied Documents, Testimony, Evidence motion to Dismiss- Deisl; Brady material Excuplatory Impeachment Transcript Document 128 Perjury Doc 137; Doc 125 Doc 132 Doc 29 (ID: Exhibit Reg. Requirement 10/5/18). The Defendant Finger Print Identification is not An Issue as The Defendant DNA was and Still is already In The Government/law Enforcement System FOR Comparison.

7. Furthermost, The United State Federal Building located at Paul G. Rogers Federal Building and U.S CourtHouse 101 Clematis Clematis ST. 453; west Palm Beach, FL. 33401
   Com (2) of (5)

also has my fingerprint. The U.S Marshall who Did it Can assist she did it already.

7. The Defendant has been Incarcerated For Over A Year

8. The Government motion to Compell Finger Prints PAGE-1 Paragraph-2 reads In Pertinent

"Standard Taken by The Palm Beach County Sheirff office, when the Defendant was arrested and booked Into PBSO Detention Center Is The manner Tustin Thomas will Take Defendant finger Prints

Page (2) pa 4 "Taking The Defendant FingerPrints Should take less than ten minutes."

9. The Prosecutor Caselaw or Extemporaneous and Cites Caselaw The Best he Could Find Dated (1973), (1967,) (1910) Had the Agent (Swigert) and (Adam Lin) Not Falisifed over 100's of Court Document To Personally Obtain Control and hand Delivery my Saliva, Eventhough They already had my DNA For Comparison I would Not Be Sitting in Jail.

10. The Reason Nothing Pertains to my FingerPrint is because my FingerPrints is already avaliable as my DNA was but has not been Forcefully Taken from The Defendant.

ID: Bango v. Massing NO.20-CV-1874 (Palm Beach County Sheriff In West Palm Beach): Obtained defendant Fingers In Person which They already had access to, and Implanted It In on Evidence.

11. The Defendant objects To The Government Request to Compel his Finger Prints. There a Conflict of intrest That (Tustin Thomas 0163) is Participating as a Expect witness who The Government is aware, which is why. He has been Secretly Investigation The Defendant, Far Before, this Above Indictment and Is Seek To Personally Possess and Control my Finger Prints. Thats already avaliable For Comparison but not altering as The other Two Related 23-CR-80197 arrest Agents Did so Brian Ralston Can Conspire with him To Plant My Finger on Evidence and Crime, which he Particapated in Fabricating Documents on numerous occations (see 23-CR-80197 132 by Government and. (SS)

Com (3) of (5)

Government Fabricated Events of Felony Intentional Compare to Exht. 41,42 Chimistry Result.

WHEREFORE, The Defendant Respectfully request the Court to Decline The Government Request to Compell The Defendant to Provide FingerPrint Standards, There is No allegation of or Evidence of FingerPrint Identification issues Relating To Any Evidence or The FireARM, The Government already have DNA Experts That is Testifying against The Defendant at Trial, Including Tons of Law enforcement officers Tusin Thomas is anther officer to sway Juror by presences against Defendant Theres over 10,000 including Southern District federal 922(G) Indictment which The Defendant was not force To Submitt FingerPrints To The Government espeically To A Cop / Government Expert who has been Secretly Investigation The Defendant Far Before This 23-CR-80197 DAMIAN REINHART INDICTMENT.

RESPECTFULLY SUBMITTED,

Jose Oceguski
6/24/24

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that A True and Correct Copy of The Foregoing was Sent Via mail To all Parties. I futher Certify that the Foregoing is being Served This 24TH Day of May, 2024. and That I Received Government motion on The 24th, of May 2024 By Palm Beach County Jail officials

## SERVICE LIST

united STATES of AMERICA v. Augustin
Case No. 23-CR-80197-CANNON
UNITED STATE DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Com (4) of (5)

```
JOSE AUGUSTIN
MAIN DETENTION CENTER
GUN CLUB ROAD
─────────────────────────────
BRIAN RALSTON
U S ATTORNEY OFFICE
500 S. AUSTRALIAN AVE, Suit 400
West Palm Beach FL, 33401
BRIAN RALSTON@ USDOJ.Gov
      ATTONEY FOR U.S
```

## OATH

UNDER PENALTY OF PERJURY I HEREBY CERTIFY that the Facts In The Foregoing motion are True and Correct To The Best OF MY Knowledge and That It is Submitted In Good Faith and in A Timely manner

\* SEE ATTACHED Trial Stipulation RESPONSE

Com (5) oF(5)

Main Detention Center (LEGAL-MAIL
Jose Augustin 0370820
Palm Beach County Jail
P.O Box 24716
West Palm Beach, FL. 33416

U.S Clerks Office
United States Distr.
Southern District
400 North Miami
Miami, FL 33128-7