UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOSE AUGUSTIN,
       Defendant.

CASE NO. 23-CR-80197-DAMIAN/
REINHART

FILED BY ___ D.C.

JUL 26 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION FOR AN INDEPENDENT COMPUTER FORENSIC EXPERT

Now Comes, JOSE AUGUSTIN, Defendant PRO'SE, In the above entitled and numbered Cause, Moves this Court To Authorize an Independent Computer Forensic Expert To Make an Examination of The 23-CR-80197 Arresting officer BWC Footages That's In The Defendants Possession and Determine its authenticty and Return A Report. United STATES Vs JONES, 17-3632. (And Would Show the Following):

1. The Defendant is Charged with The OFFENSE OF 922(G)

2. The Defendant Has Experience Numerous Instant of The Omittion of Brady Material out of his Court Records Such as His Exculpatory Cross Examination (Question by The PRO'SE litigant) and The Government Key witness (Anthony Swigert) (Answers), Which The Court and Prosecutor Brian Ralson Deleted in bad Faith.

3. Inaddition, The Same Government who has Committed Such unconstitutional misconducts, Controlled and Later Furnish The April 7th, 2023 BWC Recording Evidence Also, The April, 14, 2023 and May, 26, 2023. BWC OF The Arrest and Stop, Search of Augustin JOSE, Haphazardly The AGent (Swigert) (Adam LIN)

PUTER 1 OF 3

Is The Same Arresting AGents In all of Defendant Current Cases.

4. There is A video that depicted The Entire (April 7th 2023) Stop, SEARCHES, Arrest Incident but The video has been Partially altered and Some Exculpatory Evidence Destroyed.

5. MOREOVER, ID Exhibit ___ I The Defendant has not been Provided any Documents Indicating That this Procedure Occured.

6. The video Expect Examination Will Effect The outCome of The Proceeding And The Defendant Exoneration Process.

7. AS Explained In The above Circumstances, The Exhibit ___ Vandicates The Request Bandy material Exist and The Government is Concealing aR Destroyed The material Due To Its Explication of the Arresting Deputy Cross-Contaminated JOSE Augustin DNA on The Firearm Seen displayed With The other Evidence on (4/7/23) Prior To Swabbing The Firearm For The Presence of JOSE Augustin DNA Days Later (SEE Exhibit

8. Furtheramost, The Computer Forensic Expert Will Affirm Someone has altered one oR more clips by Combining Some Video of The Defendant With an Enactment of Events.

9. The Expert Could Identify the FreQuency Patterns of the Recording to Determine If They were altered or Tampered

"To Avoid misleading The Trier of facts, InSure a fair ImPartial understanding United States v. HaFFecKER, 530, F. 3d 137

ONE way to Establish Authentication is to Show the Chain of Custody For The Evidence" United States v. FIGueroa No. 08-28, 2010 WL 2136566   Also ID. Rule 901 of Federal Rules of Evidence.

10. Exhibit ___. Video Should have been Preserved in the Digital Video recordeR That Created (them).
{ID}: Brady v. Maryland, 373 U.S 83 (1963)" and AS A Result, DUE PUTER 2 OF 3

Process has been Violated. Brady Violation occurs when The Government fails to Disclose evidence materially Favorable to the accused, Including Exculpatory Evidence."

The Defendant wishes The Court To be Assigned A Video Recovery Specialist where Exhibit  Can not be Disclosed For whatever Reason.

WHEREFORE Defendant Pray this motion be Granted.

RESPECTFULLY SUBMITTED,

Jose Augustin
7/18/2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that A True and Correct Copy of The Foregoing was Sent Via mail To all Parties I Further Certify that the Foregoing is being Served This 18TH DAY OF 2024

## SERVICE LIST

UNITED STATES OF AMERICA v AUGUSTIN
CASE NO. 23-CR-80197-DAMIAN
UNITED STATE DISTRICT COURT, SOUTHERN DISTRICT

JOSE AUGUSTIN
main Detention Center
Gun CLUB ROAD

BRIAN RALSTON
U.S ATTORNEY OFFICE
500 S. Australian AUE 400
west Palm Beach FL 33401
Brian Ralston @ USDOJ GOV
ATTORNEY FOR U.S



PATRICE CARTER
MY COMMISSION # HH 260146
EXPIRES: August 28, 2026

PuTER 3 oF 3



# Palm Beach County Sheriff's Office
## City of Lake Worth Beach
## District 14 Street Crimes Unit

### Log Entry

| Date: 04/07/2023 | | Case: 23-055038, 23-055045, 23-055040 |
|---|---|---|
| Signal: 57/0 | Zone: 14-41 | Disposition: ARR |
| Agent: D14 Street Crimes Unit | | Incident Type: |

**Date / Time Occurred:** 04/07/2023 - 2000

**Incident Location:** 2nd Ave South and Dixie Hwy, City of Lake Worth, FL

**Victims:** State of Florida

| Suspect 1: Jose Augustin | DOB: 09/24/1991 | | |
|---|---|---|---|
| Address: 235 Yamato Rd, Boca Raton, FL | | Race: Black | Sex: Male |
| Suspect 2: Thomas Lee Strickland | DOB: 12/06/1965 | | |
| Address: 201 South J Street, Apt 9, Lake Worth, FL | | Race: White | Sex: Male |

On 04/07/2023 at approx. 1947hrs, deputies from District 14 SCU observed a black male, identified as Jose Augustin, conduct a hand to hand drug transaction with another black male. During our surveillance, we observed a 2nd white male identified as Thomas Lee Strickland approach Augustin and conduct a second hand to hand drug transaction with same mannerisms. With both hand to hand transactions, Deputy Swigert and SGT Lin approached to conduct a take down and both individuals attempted to flee on foot. The black male fled through a bush, throwing a gun into nearby vegetation while the white male attempted to flee on foot. Both were detained without further incident.

During the search, Augustin had approx. 21 grams in crack cocaine, 2 grams of marijuana, 2 capsules of suspected fentanyl, $1772 and a High Point 9mm handgun were recovered. Jose Augustin was arrested Possession of Crack Cocaine with Intent to Sell, Possession of Marijuana under 20grams, and Possession of Fentanyl. A subsequent background check revealed Augustin is a 10x convicted felon. A DNA warrant will be submitted for pending future charges of Possession of Firearm by Convicted Felon, Possession of Firearm in the Commission of a Felony, and Armed Trafficking.





SWIGERT TONG



Jose Augustin 0370820
Palm Beach County Jail
P.o Box 24716
West Palm Beach FL. 33416

LEGAL- MAIL

United States District Court
Southern District of Florida
Office of the Clerk, Room 8No9
400 North Miami Avenue
Miami Florida  33128-7716

