UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80197-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JOSE ANDERSON AUGUSTIN,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 129] AND DENYING MOTION TO SUPPRESS [ECF NO. 55]

**THIS CAUSE** is before the Court on the Report and Recommendation of Bruce E. Reinhart, United States Magistrate Judge, entered on May 3, 2024. [ECF No. 129]. Judge Reinhart recommends that the Court deny Defendant's "Motion to Suppress Evidence Derived From de Facto Arrest Without Probable Cause," filed February 20, 2024 [ECF No. 55 ("Motion to Suppress")].

THE COURT has considered the Report and Recommendation, Defendant's Objections thereto, and the pertinent portions of the record and is otherwise fully advised.

Under the Federal Magistrates Act, Congress vests Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions. 28 U.S.C. § 636(b)(1)(A). The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge. 28 U.S.C. § 636(b)(1)(B). After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject,

or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).

After careful consideration of the record, including Judge Reinhart's Report and Recommendation, the Court overrules Defendant's objections and adopts the report and recommendation. The Court agrees with Judge Reinhart's well-reasoned findings, astute analyses, and overall conclusions. Consequently, Defendant's "Motion to Suppress" is denied. The evidence will not be suppressed because Defendant has failed to demonstrate it was obtained in violation of his constitutional rights.

Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

(1) Judge Reinhart's Report and Recommendation **[ECF No. 125]** is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review; and

(2) Defendant's Motion to Suppress **[ECF No. 55]** is **DENIED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 30th day of August, 2024.

 

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record