UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80197-MD

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ANDERSON AUGUSTIN,

Defendant.

_____/

**ORDER ON DEFENDANT'S MOTIONS TO SERVE SUBPOENAS
[ECF Nos. 152, 204, 215]**

Defendant Jose Anderson Augustin has filed three motions asking to have the United States Marshal locate, and serve trial subpoenas to, Samuel Richwine and Thomas Strickland. He says these subpoenas are necessary so he can "confront" Mr. Richwine and Mr. Strickland, who he says are witnesses to the transaction during which he is alleged to have possessed a firearm. ECF No. 152. He further says these witnesses are expected to testify that he did not possess a firearm. ECF No. 204 at 3. Finally, he wants to depose the witnesses before his trial. ECF No. 215 at 2.

Mr. Augustin has a sixth amendment right to compulsory process, which includes the right to subpoena witnesses to appear at his trial to support his defense. *See also* Fed. R. Crim. P. 17. There is no unilateral right to a pretrial deposition in a federal criminal case; the Court must order such a deposition. Fed. R. Crim. P. 15.

Mr. Augustin also argues that he has a sixth amendment right to confront these witnesses. ECF No. 204. The sixth amendment right only attaches to witnesses called by the Government. If the Government calls these witnesses, Mr. Augustin will be permitted to cross-examine them.

Mr. Augustin has provided Mr. Strickland's last known address is 201 South J Street, Lake Worth Beach, Florida. ECF No. 152 at 1-2.

He has not provided an address for Mr. Richwine. At best, he says, "The Government has Samuel Richwine information to serve the subpoena." ECF No. 152 at 1-2. Finally, he asks the Government to "furnish the witnesses addresses and contact information." ECF No. 215 at 1. There is no evidence before the Court that Mr. Richwine is within the Government's custody or control. Therefore, the Government is not required to locate him or provide his address to Mr. Augustin. The burden is on Mr. Augustin to provide addresses for his own witnesses.

WHEREFORE, it is ORDERED that:

1. Mr. Augustin's Motion to Authorize Clerk U.S. District Court, to Issue Subpoenas Ad Testificandum and Subpoenas Duces Tecum and Direct the U.S. Marshal to Pay Witness Fees and Expenses [ECF No. 204] shall be UNSEALED.

2. Mr. Augustin's Motion to Subpoena [ECF No. 152], Motion to Authorize Clerk to Issue Subpoenas [ECF No. 204], and Motion for Leave of Court [ECF No. 215] are GRANTED IN PART and DENIED IN PART. The Clerk of Court shall issue a trial subpoena to Thomas Strickland, 201 South J

Street, Lake Worth Beach, Florida, to appear at the U.S. Courthouse in West Palm Beach, Florida, on December 2, 2024, at 9:00 a.m. The United States Marshal shall serve the subpoena without cost to Mr. Augustin.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 25th day of November 2024.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE