UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80197-DAMIAN

UNITED STATES OF AMERICA,

    v.

JOSE ANDERSON AUGUSTIN,

    Defendant.

_____/

## AMENDED ORDER REGARDING DEFENSE INVESTIGATOR AND DNA EXPERT

**THIS CAUSE** is before the Court on consideration of the Defendant, Jose Anderson Augustin's, Motion to Authorize DNA Expert Payment, filed October 24, 2024 [ECF No. 198], and a *sua sponte* review of the record.

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised. The Court also heard from the parties and counsel, who appeared before the undersigned on November 27, 2024. *See* ECF No. 231.

At the November 27, 2024, hearing, the undersigned authorized, orally on the record, payment for time spent by independent defense investigator Luc France ("France") and defense DNA expert Theron Vines ("Vines") to attend the hearing. The Court also entered a written Order on December 3, 2024, directing Vines and France to submit invoices for time spent at the November 27, 2024 hearing and for authorization as needed for time for the next thirty (30) days. [ECF No. 232]. It appears that neither Order was sent to Vines and France, which appears to have caused some confusion.

In any event, the Court followed up by authorizing a CJA voucher submitted by Vines and entered an Order following submission of an invoice from Vines authorizing retention of Vines as a DNA expert and authorizing payment of that invoice. [ECF No. 233]. To date, the Court has not received an invoice from France, nor has the Court received a request for advanced authorization for payment to France or Vines.

To the extent it is not clear from the record, this Court authorized payment for Defense Investigator France's attendance at the November 27, 2024, hearing, and authorized both France and Vines to submit requests for advance authorization for payments as needed for the following thirty (30) days. See ECF No. 232.

Accordingly, it is hereby

**ORDERED** that the Motion to Authorize DNA Expert Payment **[ECF No. 198]** is **GRANTED**.  It is further

**ORDERED** that Investigator France shall submit an invoice for payment of fees incurred for time spent attending the November 27, 2024 hearing. This Court has authorized entitlement to payment of those fees, but will review for reasonableness. It is further

**ORDERED** that both DNA Expert Theron Vines and Investigator France shall submit requests for authorization for anticipated expenses during the next thirty (30) days from the date of this Order forward, and shall include any expenses incurred in the interim period between the November 27, 2024 hearing and the date of the instant Order. It is further

**ORDERED** that all matters regarding authorization of defense investigator and expert fees are **REFERRED** to United States Magistrate Judge Bruce Reinhart to take all action

authorized under the law, including authorization of fee amounts for France and Vines and related matters.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 20th day of December, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Jose Anderson Augustin, *pro se*
        # 85169-510
        St. Lucie County Jail
        Inmate Mail/Parcels
        900 North Rock Road
        Fort Pierce, FL 34945