UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80197-MD

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE ANDERSON AUGUSTIN,

    Defendant.

_____/

OMNIBUS ORDER

I conducted a pretrial hearing on February 19, 2025. This Order memorializes my rulings from the bench:

1. The following motions are DENIED. Docket Entries 269, 272, 273, 279, 280, 283, 285, 290.

2. Docket Entry 284 requesting a continuance to allow the DNA expert to finish his work is DENIED WITHOUT PREJUDICE to being raised with Judge Damian based on additional evidence.

3. Docket Entry 274 relating to Mr. Augustin's access to legal materials at the Palm Beach County Jail is DENIED WITHOUT PREJUDICE to being raised with Judge Damian based on additional evidence.

4. Sealed motions for issuance of subpoenas to Palm Beach Sheriff's Office employees Richard Smith, Andy Van den Heuvel, Jennifer Carey, and

Jessica Montesino are GRANTED. The United States Marshal is directed to serve these subpoenas. ECF No. 287.

5. The Motion to issue a subpoena to Richard Pope is GRANTED, subject to Mr. Augustin providing a current address for Mr. Pope. The United States Marshal is directed to serve this subpoena once it is issued. ECF No. 286

DONE and ORDERED in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 19th day of February 2025.

_____

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE